UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE WEATHERSBY,                    Case No.: 2:26-cv-12241-SDK-EAS

              Plaintiff,              Hon. Shalina D. Kumar
vs.                                   Magistrate Judge Elizabeth A. Stafford


SAM'S EAST, INC.,
a Foreign Profit Corporation,

        Defendant.

_____/

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:
                    SAM'S EAST, INC.                           ,

who   is   a   ☐   PLAINTIFF   ☒   DEFENDANT   ☐   OTHER
_____ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐   This party is an individual who is a citizen of the State of _____.

_____

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

11460112.1

☐   This party is a corporation incorporated in the State of Arkansas and with a principal place of business in the State of Bentonville, Arkansas

☐   This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.

If so, identify all parent entities.

_____

_____

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

11460112.1

☒ This party has one or more subsidiaries.

     If so, identify all subsidiaries.

<u>SAM'S EAST, INC., is a corporation organized under the laws of the State of Arkansas, with its principal place of business in Bentonville, Arkansas, and is wholly (100%) owned subsidiary of Sam's West, Inc. Sam's West, Inc. is a wholly (100%) owned subsidiary of Walmart Inc.</u>

☐ This party has one or more affiliates.
     If so, identify all affiliates.

_____
_____
_____

☒ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
     If so, identify all such owners.

<u>Walmart Inc. is a publicly held corporation. No publicly held corporation owns 10% or more of stock of Walmart Inc. Defendant is not a citizen of the State of Michigan.</u>

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
     If so, identify each such entity's financial interest in the litigation.

_____
_____
_____

*/s/Nicole M. Wright*
Nicole M. Wright (P63513
Attorney for Defendant Sam's East, Inc.
Zausmer, P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334-1574
(248) 851-4111
Dated: July 2, 2026     nwright@zausmer.com

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

11460112.1